UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11- 22062-Civ-Cooke/Turnoff

BRET L. LUSSKIN. JR., an individual,
on behalf of himself and all others similarly situated,

    Plaintiff,

v.

RICK'S CABARET INTERNATIONAL, INC.,
a foreign corporation, et al.,

    Defendant.
_____ /

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**(Individual Settlement)**

Plaintiff, BRET L. LUSSKIN, JR., through the undersigned hereby notifies this Court that a settlement has been reached between the parties, pending final execution of settlement documents and releases.

            Respectfully submitted,

**DATED**: MAY 31, 2012         */s/ Scott D. Owens*
                                       **SCOTT D. OWENS, ESQ**.
                                         Florida Bar No. 0597651
                                         Attorney for Plaintiff
                                         664 E Hallandale Beach Blvd
                                         Hallandale Beach, FL 33009
                                         Telephone: (954) 589-0588
                                         Facsimile: (954) 337-0666
                                         scott@scottdowens.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 31, 2012 I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully submitted,

        */s/ Scott D. Owens*
        **SCOTT D. OWENS, ESQ**.