UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22062-Civ-COOKE/TURNOFF

BRET L. LUSSKIN, JR., *et al*.,

    Plaintiffs
vs.

RICK'S CABARET INTERNATIONAL, INC.,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE UPON NOTICE OF SETTLEMENT**

    THIS CASE is before me on the Plaintiff's Notice of Settlement (ECF No. 57). The parties have settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), or moving for dismissal pursuant to Rule 41(a)(2).

    A stipulation of final dismissal, or a motion for dismissal, shall be filed within thirty (30) days of this Order. In the event a stipulation of final dismissal is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation upon this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, No. 10-15098, 2012 WL 1380417 (11th Cir. Apr. 23, 2012). Any party may move to re-open the case should there be a problem in reaching a final settlement agreement. The Clerk shall ***administratively* CLOSE** this case. All pending motions, if any, are **DENIED *as moot***.

    **DONE and ORDERED** in chambers at Miami, Florida, this 31st day of May 2012.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*