## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case No. 11-22062-Civ-Cooke/Turnoff**

BRET L. LUSSKIN. JR., an individual,
on behalf of himself and all others similarly situated,

      Plaintiffs,

vs.

RICK'S CABARET INTERNATIONAL, INC.,
a foreign corporation,

      Defendant.
_____/

## NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION [DE-37]

The undersigned attorney hereby gives notice that the above-styled matter has been settled (individual settlement) [DE-57] and Plaintiff's Motion for Class Certification [DE-37] is hereby withdrawn.

Respectfully submitted,

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 E. Hallandale Beach Blvd.
Ft. Lauderdale, Florida 3330
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 5th day of June 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 5th day of June 2012 on the counsel listed below and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Luke Lirot, Esquire
LUKE CHARLES LIROT, P.A.
2240 Belleair Road, Suite 190
Clearwater, Florida 33764
luke2@lirotlaw.com

Paul Bond, Esquire
REED SMITH, LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, New Jersey 08540
pbond@reedsmith.com

/s/ Scott D. Owens
**SCOTT D. OWENS, ESQ.**
Florida Bar No.: 0597651
Attorney for Plaintiff
664 E. Hallandale Beach Blvd.
Ft. Lauderdale, Florida 3330
Phone 954-589-0588
Fax 954-337-0666
scott@scottdowens.com