**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11- 22062-Civ-Cooke/Turnoff

BRET L. LUSSKIN. JR., *an individual,*
*on behalf of himself and all others similarly situated*,

        Plaintiffs,

vs.

RICK'S CABARET INTERNATIONAL, INC.,
*a foreign corporation, et al*.

        Defendants.

_____ /

### NOTICE OF VOLUNTARY DISMISSAL

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement
and general release which fully settles the named Plaintiff's individual claims;

The Plaintiff, BRET L. LUSSKIN, JR., individually, hereby files notice, pursuant
to Fed. R. Civ. P. 41(a)(ii), that the instant action is dismissed as to his claims WITH
PREJUDICE. The claims of the putative class members are dismissed WITHOUT
PREJUDICE. Each party is to bear its own attorneys' fees and costs.

DATED: June 8, 2012                Respectfully submitted,

| | |
|---|---|
| */s/ Scott D. Owens* | */s/ Luke Lirot* |
| **SCOTT D. OWENS, ESQ.** | **LUKE CHARLES LIROT** |
| Florida Bar No. 0597651 | Florida Bar No. 714836 |
| 664 East Hallandale Beach Blvd. | 2240 Belleair Road,Suite 190 |
| Hallandale, FL 33009 | Clearwater, FL 33764 |
| Tel:   954-589-0588 | 727−536−2100 |
| Fax:   954-337-0666 | Fax: 536−2110 |
| scott@scottdowens.com | luke2@lirotlaw.com |
| *Attorney for Plaintiff* | *Attorney for Defenants* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     /s/ *Scott D. Owens*
                  **SCOTT D. OWENS, ESQ.**