**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 11- 22062-Civ-Cooke/Turnoff

BRET L. LUSSKIN. JR., *an individual,*
*on behalf of himself and all others similarly situated*,

    Plaintiffs,

vs.

RICK'S CABARET INTERNATIONAL, INC.,
*a foreign corporation, et al*.

    Defendants.

## JOINT STIPULATION OF DISMISSAL

WHEREAS, Plaintiff and Defendant have entered into a settlement agreement and general release which fully settles the named Plaintiff's individual claims;

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) all claims which the named Plaintiff, BRET L. LUSSKIN, JR., has pending against the Defendants are dismissed with prejudice; the claims of the putative class members are dismissed without prejudice and further, that the parties shall bear their own costs, including attorney's fees.

A proposed Order is attached hereto.

DATED: June 12, 2012

Respectfully submitted,

 */s/ Scott D. Owens*
**SCOTT D. OWENS, ESQ.**
Florida Bar No. 0597651
664 East Hallandale Beach Blvd.
Hallandale, FL 33009
Tel:   954-589-0588
Fax:   954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

 */s/ Luke Lirot*
**LUKE CHARLES LIROT**
Florida Bar No. 714836
2240 Belleair Road, Suite 190
Clearwater, FL 33764
Tel:   727-536-2100
Fax:   727-536-2110
luke2@lirotlaw.com
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 12, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Scott D. Owens*
      **SCOTT D. OWENS, ESQ.**